ACCEPTED
15-24-00052-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/4/2025 3:57 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00052-CV

## IN THE FIFTEENTH COURT OF APPEALS, AUSTIN, TEXAS

15th COURT OF APPEALS
AUSTIN, TEXAS
2/4/2025 3:57:04 PM
CHRISTOPHER A. PRINE
Clerk

Richard M. YOUNG, Jr. a/k/a Richard Young,
*Appellant*

vs.

TEXAS PARKS & WILDLIFE DEPARTMENT, et al.,
*Appellees*.

---

TRANSFERRED FROM THE FOURTH COURT OF APPEALS,
SAN ANTONIO, TEXAS
HONORABLE BETH WATKINS, PRESIDING
CAUSE NO. 04-24-00441-CV

---

ON APPEAL FROM THE 216TH DISTRICT COURT,
GILLESPIE COUNTY, TEXAS
HONORABLE ALBERTO D. PATTILLO, III, PRESIDING
CAUSE NO. 24-17777

---

**NOTICE OF NONREPRESENTATION OF COUNSEL FOR APPELLEES TEXAS PARKS AND WILDLIFE, JOHN SILOVSKY, AND THE STATE OF TEXAS**

---

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 6.4(c), the Court and counsel are hereby notified that the following non-lead counsel, Heather Coffee, will no longer represent the Appellees Texas Parks and Wildlife Department (Parks), John

Silovsky, and the State of Texas. Counsel Heather Coffee will no longer be with the Office of the Attorney General. This change is neither intended to cause nor expected to result in any delay of the proceedings.

The following counsel will continue as lead counsel:

> **Ian Lancaster**
> State Bar No. 24097964
> Assistant Attorney General
> Environmental Protection Division
> Office of the Attorney General
> P.O. Box 12548, MC 066
> Austin, Texas 78711-2548
> Tel: (512) 475-4003
> Fax: (512) 320-0911
> Ian.Lancaster@oag.texas.gov

Per the instructions provided in the Court's September 3, 2024 transfer notification, Appellees further note the contact information below for H. Carl Myers, who will remain as additional counsel:

> **H. Carl Myers**
> State Bar No. 24046502
> Assistant Attorney General
> Carl.Myers@oag.texas.gov

Respectfully submitted,

KEN PAXTON
Attorney general of Texas

BRENT WEBSTER
First Assistant Attorney General

2

RALPH MOLINA
Deputy First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

KELLIE E. BILLINGS-RAY
Chief, Environmental Protection Division

IAN LANCASTER
Assistant Attorney General
State Bar No. 24097964
Ian.Lancaster@oag.texas.gov

___*/s/ Heather Coffee*_____
HEATHER COFFEE
Assistant Attorney General
State Bar No. 24138102
Heather.Coffee@oag.texas.gov

IAN LANCASTER
Assistant Attorney General
State Bar No. 24097964
Ian.Lancaster@oag.texas.gov

H. CARL MYERS
Assistant Attorney General
State Bar No. 24046502
Carl.Myers@oag.texas.gov

Environmental Protection Division
Office of the Attorney General
P.O. Box 12548, MC 066
Austin, Texas 78711-2548
Phone: (512) 463-2012
Fax: (512) 320-0911

**COUNSEL FOR APPELLEES**

**TEXAS PARKS AND WILDLIFE,**
**JOHN SILOVSKY, AND THE STATE**
**OF TEXAS**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing *Notice of Nonrepresentation of Counsel* was served on the following counsel of record by e-service on February 4, 2025.

C. DIXON MOSTY
RICHARD C. MOSTY
MOSTY LAW FIRM
222 Sidney Baker St., Ste. 400
Kerrville, Texas 78028
Phone: (830) 792-7711
Fax: (830) 792-7717
Cdmosty@mostylaw.com
Rmosty@mostylaw.com

JENNIFER S. RIGGS
RIGGS & RAY, P.C.
3307 Northland Dr.
Austin, Texas 78731
Phone: (512) 457-9806
Fax: (512) 457-9066
Jriggs@r-alaw.com

KIMBERLY S. KELLER
KELLER STOLARCZYK, PLLC
215 W. Bandera Rd. #114/PMB 800
Boerne, Texas 78006
Phone: (830) 981-5000
Fax: (888) 293-8580
Kim@kellsto.com

CLAYTON C. UTKOV
State Bar No. 24028180
ANDREWS MYERS, P.C.
919 Congress Ave., Suite 1050

Austin, Texas 78701
Phone: (512) 900-3012
Fax: (512) 900-3082
Cutkov@andrewsmyers.com
**APPELLANT'S COUNSEL**


KAREN L. WATKINS
Assistant Attorney General
Administrative Law Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711
Phone: (512) 475-4300
Fax: (512) 320-0167
Karen.Watkins@oag.texas.gov

**COUNSEL FOR TEXAS ANIMAL HEALTH COMMISSION**


*/s/ Heather Coffee*
HEATHER COFFEE

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

James McCarley on behalf of Heather Coffee
Bar No. 24138102
scott.mccarley@oag.texas.gov
Envelope ID: 96979408
Filing Code Description: Other Document
Filing Description: State's Notice of Nonrepresentation of Counsel
Status as of 2/4/2025 4:02 PM CST

Associated Case Party: State Of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kellie E.Billings-Ray | | Kellie.Billings-Ray@oag.texas.gov | 2/4/2025 3:57:04 PM | SENT |
| Ian Lancaster | | ian.lancaster@oag.texas.gov | 2/4/2025 3:57:04 PM | SENT |
| Laura Courtney | | laura.courtney@oag.texas.gov | 2/4/2025 3:57:04 PM | SENT |
| H. CarlMyers | | Carl.Myers@oag.texas.gov | 2/4/2025 3:57:04 PM | SENT |
| Heather Coffee | | heather.coffee@oag.texas.gov | 2/4/2025 3:57:04 PM | SENT |
| James ScottMcCarley | | scott.mccarley@oag.texas.gov | 2/4/2025 3:57:04 PM | SENT |

Associated Case Party: Maurice E. "Pete" Moore, III, d/b/a Cypress Ranches

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kevin Dubose | | kdubose@adjtlaw.com | 2/4/2025 3:57:04 PM | SENT |
| James  T.Drakeley | | jdrakeley@spencerfane.com | 2/4/2025 3:57:04 PM | SENT |
| Latonya McPherson | | lmcpherson@adjtlaw.com | 2/4/2025 3:57:04 PM | SENT |
| Paul W.Green | | pgreen@adjtlaw.com | 2/4/2025 3:57:04 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Karen LWatkins | | karen.watkins@oag.texas.gov | 2/4/2025 3:57:04 PM | SENT |
| C DixonMosty | | cdmosty@mostylaw.com | 2/4/2025 3:57:04 PM | SENT |
| Richard Mosty | | rmosty@mostylaw.com | 2/4/2025 3:57:04 PM | SENT |
| Jennifer SRiggs | | jriggs@r-alaw.com | 2/4/2025 3:57:04 PM | SENT |
| Kimberly SKeller | | kim@kellsto.com | 2/4/2025 3:57:04 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

James McCarley on behalf of Heather Coffee
Bar No. 24138102
scott.mccarley@oag.texas.gov
Envelope ID: 96979408
Filing Code Description: Other Document
Filing Description: State's Notice of Nonrepresentation of Counsel
Status as of 2/4/2025 4:02 PM CST

Case Contacts

| Kimberly SKeller | | kim@kellsto.com | 2/4/2025 3:57:04 PM | SENT |
|---|---|---|---|---|
| Clayton CUtkov | | cutkov@andrewsmyers.com | 2/4/2025 3:57:04 PM | SENT |